# EXHIBIT "A"

**99-44 62nd Ave Rego Park 7/23 - 9/23 Projection**

| Account | Total | 7/8/2023 | 7/15/2023 | 7/22/2023 | 7/29/2023 | 8/5/2023 | 8/12/2023 | 8/19/2023 | 8/26/2023 | 9/2/2023 | 9/9/2023 | 9/16/2023 | 9/23/2023 | 9/30/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rent | $294,200 | $98,067 | | | | $98,067 | | | | | $98,067 | | | |
| Tenant Based Subsidy | $7,100 | $2,367 | | | | $2,367 | | | | | $2,367 | | | |
| Parking Space Charge | $9,000 | $3,000 | | | | $3,000 | | | | | $3,000 | | | |
| Misc. NonTenant Income | $1,900 | $633 | | | | $633 | | | | | $633 | | | |
| Laundry Income | $3,000 | $1,000 | | | | $1,000 | | | | | $1,000 | | | |
| **TOTAL INCOME** | **$315,200** | **$105,067** | **$0** | **$0** | **$0** | **$105,067** | **$0** | **$0** | **$0** | **$0** | **$105,067** | **$0** | **$0** | **$0** |
| REAL ESTATE TAX | $101,700 | | $101,700 | | | | | | | | | | | |
| Electricity | $6,200 | | | | $2,067 | | | | $2,067 | | | | | $2,067 |
| Gas (Heating) | $1,600 | | | | $533 | | | | $533 | | | | | $533 |
| Fuel & Steam | $5,500 | | | | $1,833 | | | | $1,833 | | | | | $1,833 |
| Water, Sewer & Vault Tax | $20,000 | | | | $6,667 | | | | $6,667 | | | | | $6,667 |
| Insurance Work. Comp. | $200 | | | | $67 | | | | $67 | | | | | $67 |
| Carting / Cleaning | $13,400 | | | | $4,467 | | | | $4,467 | | | | | $4,467 |
| Landscaping | $900 | | | | $300 | | | | $300 | | | | | $300 |
| Exterminating Service | $800 | | | | $267 | | | | $267 | | | | | $267 |
| Fire Alarm & Sprinkler | $600 | | | | $200 | | | | $200 | | | | | $200 |
| Appliances | $2,900 | | | | $967 | | | | $967 | | | | | $967 |
| **TOTAL DIRECT EXPENSES** | **$153,800** | **$0** | **$101,700** | **$0** | **$17,367** | **$0** | **$0** | **$0** | **$17,367** | **$0** | **$0** | **$0** | **$0** | **$17,367** |
| Boiler / AC Repairs | $2,000 | | | | $667 | | | | $667 | | | | | $667 |
| Elevator Maintenance | $1,700 | | | | $567 | | | | $567 | | | | | $567 |
| Plumbing Repairs | $2,000 | | | | $667 | | | | $667 | | | | | $667 |
| Doors & Windows Repairs | $800 | | | | $267 | | | | $267 | | | | | $267 |
| Repairs and Maintenance | $5,300 | | | | $1,767 | | | | $1,767 | | | | | $1,767 |
| Maintenance Supplies | $1,900 | | | | $633 | | | | $633 | | | | | $633 |
| Hardware/Appliance Repair | $1,100 | | | | $367 | | | | $367 | | | | | $367 |
| **TOTAL REPAIRS** | **$14,800** | **$0** | **$0** | **$0** | **$4,933** | **$0** | **$0** | **$0** | **$4,933** | **$0** | **$0** | **$0** | **$0** | **$4,933** |
| Management Fee | $18,900 | | | | $6,300 | | | | $6,300 | | | | | $6,300 |
| Legal Fees Operating | $3,800 | | | | $1,267 | | | | $1,267 | | | | | $1,267 |
| Leasing Commission Fees | $2,600 | | | | $867 | | | | $867 | | | | | $867 |
| United States Trustee's | $710 | | | | $710 | | | | | | | | | |
| Bankruptcy Legal Fees | $15,000 | | | | $5,000 | | | | $5,000 | | | | | $5,000 |
| **TOTAL PROFESSIONAL** | **$41,010** | **$0** | **$0** | **$0** | **$14,143** | **$0** | **$0** | **$0** | **$13,433** | **$0** | **$0** | **$0** | **$0** | **$13,433** |
| **TOTAL DIRECT EXP** | **$209,610** | **$0** | **$101,700** | **$0** | **$36,443** | **$0** | **$0** | **$0** | **$35,733** | **$0** | **$0** | **$0** | **$0** | **$35,733** |
| Telephone / Internet | $500 | | | | $167 | | | | $167 | | | | | $167 |
| Dues & Subscriptions | $500 | | | | $167 | | | | $167 | | | | | $167 |
| Payroll | $7,800 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 |
| Payroll Taxes | $2,200 | $169 | $169 | $169 | $169 | $169 | $169 | $169 | $169 | $169 | $169 | $169 | $169 | $169 |
| **TOTAL EXPENSES** | **$220,610** | **$769** | **$102,469** | **$769** | **$37,546** | **$769** | **$769** | **$769** | **$36,836** | **$769** | **$769** | **$769** | **$769** | **$36,836** |
| **NET INCOME/(LOSS)** | **$94,590** | **$104,297** | **($102,469)** | **($769)** | **($37,546)** | **$104,297** | **($769)** | **($769)** | **($36,836)** | **($769)** | **$104,297** | **($769)** | **($769)** | **($36,836)** |